IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ABDELKRIM BROURI,**
**INS # A76-414-666,**

    Petitioner,

vs.                                       Case Number 4:07cv137-SPM/WCS

**ALBERTO GONZALES, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

This case was initiated on March 28, 2007, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. The *pro se* Petitioner asserted he was being held in indefinite detention and claimed Respondents would be unable to remove him. Doc. 1. Service of the petition was directed on April 4, 2007. Doc. 3. Respondents filed a motion to dismiss on May 21, 2007, noting that Petitioner "was released from the custody of Immigration and Customs Enforcement (ICE) on May 2, 2007." Doc. 6. Respondents note the "the government of Algeria denied to issue Petitioner travel documents." *Id.* Thus, Respondents assert this case no longer presents a "case or controversy" and is moot. *Id.*

Accordingly, as Petitioner has been granted the relief he sought, release from detention, no further action need be taken on this case.  This petition is, accordingly, moot and the motion to dismiss should be granted.

Respondent's motion to dismiss, doc. 6, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail.  Presumably, that facility will not forward mail to Petitioner since he has been released.  The attachment to the motion to dismiss,[1] doc. 6, indicates a possible address for Petitioner at 1595 NE 135th Street, Miami, Florida 33161.  The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at that location.  If Petitioner does not contest this dismissal, he need not take any further action.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 6, be **GRANTED** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Abdelkrim Brouri**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on May 31, 2007.

 s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The attachment is the Order of Supervision for Petitioner, dated May 7, 2007.

Case Number 4:07cv137-SPM/WCS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**